UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CANDANCE SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>DANNETTE NOVOA, TRIPLE A INSURANCE, and THE CITY OF CLOVIS,<br><br>　　　　　Defendant. | Case No.  1:24-cv-00221-HBK<br><br>ORDER GRANTING MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>(Doc. No. 2) |

Plaintiff proceeds in this civil action *pro se*.  (Doc. No. 1).  Plaintiff moves to proceed *in forma pauperis* under 28 U.S.C. § 1915.  (Doc. No. 2).  Plaintiff's declarations in the motion satisfies the requirements under § 1915.  The Court will screen plaintiff's pro se complaint under 28 U.S.C. § 1915(e)(2) in due course before ordering service.

Accordingly, it is **ORDERED**:

Plaintiff's motion for leave to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

Dated:   February 23, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE